MADSON, Respondent, vs. SCHLOUGH, Appellant.

For the appellant: *Dean & Dean* of Glenwood City.
For the respondent: *Willis E. Donley* of Menomonie.

*By the Court.*—Judgment affirmed.

A. W. LUND COMPANY, Appellant, vs. RAY, Respondent.

For the appellant: *Knowles & Doolittle* of River Falls.
For the respondent: *W. G. Haddow* of Ellsworth.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on June 5, 1934.

HEINDEL, Special Deputy Commissioner of Banking, Appellant, vs. BRAZEL and another, Respondents.

For the appellant: *McDaniel & Olson* of Darlington.

For the respondent Robert Brazel: *W. A. Loveland* of Monticello and *Conley & Conley* of Darlington.

For the respondent Martin Brazel: *Blum & Blum* of Monroe.

*By the Court.*—Judgment affirmed.